UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHAUNCEY FUGGINS, ET AL | CIVIL ACTION NO. 25-cv-648 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| L & A WELL SERVICE, LLC, ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Defendants filed a Diversity Jurisdiction Disclosure Statement and alleged that defendant L & A Well Service, LLC is a "corporation incorporated in the State of Arkansas and has its principal place of business in Doddridge, Arkansas." However, L & A's name suggests that it is an LLC rather than a corporation. The citizenship of an LLC is determined by the citizenship of all of its members, with its state of organization or principal place of business being irrelevant. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008).

"A party seeking to establish diversity jurisdiction must specifically allege the citizenship of every member of every LLC or partnership involved in a litigation." Settlement Funding, L.L.C. v. Rapid Settlements, Ltd., 851 F.3d 530, 536 (5th Cir. 2017). If the members are themselves partnerships, LLCs, corporations or other form of entity, their citizenship must be alleged in accordance with the rules applicable to that entity, and the citizenship must be traced through however many layers of members or partners there may be. Mullins v. TestAmerica Inc., 564 F.3d 386, 397-98 (5th Cir. 2009); Rodidaco, Inc. v. Chesapeake Energy Louisiana Corp. 2018 WL 3551525 (W.D. La. 2018).

Defendants must file, no later than **June 6, 2025**, an amended Diversity Jurisdiction Disclosure Statement that identifies the members of L & A and sets forth their citizenship is accordance with the applicable rules.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 27th day of May, 2025.

_____
Mark L. Hornsby
U.S. Magistrate Judge